# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## NOTICE OF CASE OPENING

April 22, 2025

| No. 25-1684 | NORRIS G. HOLDER, JR.,<br>　　　　　　　Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA and STEVEN MERENDINO,<br>　　　　　　　Respondents - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No. 2:23-cv-00524-MPB-MKK<br>Southern District of Indiana, Terre Haute Division<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge Matthew P. Brookman<br><br>Case filed: 04/22/2025<br>Case type: pr/fed<br>Fee status: In Forma Pauperis<br>Date of Judgment: 02/19/2025<br>Date NOA filed: 04/21/2025 |

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 25-1684 | Norris G. Holder Jr. | Transcript information sheet | 05/06/2025 |
| 25-1684 | Norris G. Holder Jr. | Appellant's Brief | 06/02/2025 |

**NOTICE REGARDING CRIMINAL CASES: COUNSEL IS REMINDED TO PLEASE COMPLY WITH CIRCUIT RULE 46.1.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!

If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**    (form ID: **108**)