# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 22, 2025

**To:**   Kristine L. Seufert
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 25-1684

Caption:
NORRIS G. HOLDER, JR.,
            Petitioner - Appellant

v.

UNITED STATES OF AMERICA and STEVEN MERENDINO,
            Respondents - Appellees

District Court No: 2:23-cv-00524-MPB-MKK
Clerk/Agency Rep Kristine L. Seufert
District Judge Matthew P. Brookman

Date NOA filed in District Court: 04/21/2025

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)