# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 23, 2025

*By the Court:*

|  |  |
|---|---|
| No. 25-1684 | NORRIS G. HOLDER, JR.,<br>               Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA and STEVEN MERENDINO,<br>               Respondents - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:23-cv-00524-MPB-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge Matthew P. Brookman ||

The court notes that petitioner was represented in the district court by court-appointed attorney Eliza Meredith. Attorney Eliza Meredith filed a notice of appeal on April 21, 2025 and apparently will represent petitioner Norris G. Holder in this appeal.

Accordingly, Counsel is reminded to seek reappointment in this court if they intend to seek compensation under the Criminal Justice Act for their work, if any, on appeal. See Johnson v. Chandler, 487 F.3d 1037 (7th Cir. 2007).

form name: **c7_Order_BTC**    (form ID: **178**)