# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 24, 2025

*By the Court:*

|  | NORRIS G. HOLDER, JR.,<br>Petitioner - Appellant |
|---|---|
| No. 25-1684 | v. |
|  | UNITED STATES OF AMERICA and STEVEN MERENDINO,<br>Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:23-cv-00524-MPB-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge Matthew P. Brookman |

**IT IS ORDERED** that appellant Norris G. Holder, Jr., shall have thirty days from the date at the top of this order to file a memorandum explaining why this court should not summarily affirm the district court's judgment. Holder should address what effect, if any, the commutation of his death sentence has on this appeal. Briefing in this case is otherwise **SUSPENDED** pending further order of this court.

form name: **c7_Order_BTC**   (form ID: **178**)