# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NORRIS HOLDER, JR., | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 25-1684 |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## RESPONDENT-APPELLEE'S MOTION
## FOR LEAVE TO TRANSFER PRISONER

The United States and the Warden of USP Terre Haute[1] ("the Government"), respectfully requests leave pursuant to Rule 23(a) of the Federal Rules of Appellate Procedure to transfer Petitioner-Appellant Norris Holder, Jr. In support of this motion, the Government states:

1.      Holder appeals from the dismissal of his petition for a writ of habeas corpus under 28 U.S.C. § 2241. On April 24, 2025, this Court ordered Holder to file a memorandum explaining why it should not summarily affirm that dismissal under *Jones v. Hendrix*, 599 U.S. 465 (2023).  The Court requested Holder to address the effect of the presidential commutation of his death sentence on his appeal.  Holder

---

[1] Pursuant to Circuit Rule 43, the Government hereby provides notice that in October 2025 Brian Lammer was named warden of USP Terre Haute.  Pursuant to Federal Rule of Appellate Procedure 43(c)(2), the Government requests the Court to automatically substitute Brian Lammer, Warden, as Respondent-Appellee.

complied, and his appeal remains pending.

2.      Holder is currently in the custody of Warden Lammer at USP Terre Haute. Counsel for the Bureau of Prisons has informed the undersigned that Holder has been designated to move to USP Florence ADMAX.  Federal Rules of Appellate Procedure 23(a) requires that the custodian of a person who has a habeas corpus case pending for review by a court seek that court's leave prior to transferring him.

3.      If the Court grants this motion (and if it does not dispose of this matter prior to any transfer), the government will notify the Court of the identity of Holder's new custodian if—and when—any transfer is complete. *See* Fed. R. App. P. 43(c); Circuit R. 43.

4.      Undersigned counsel contacted Eliza Meredith, counsel for Holder, seeking Holder's position on a motion for leave to transfer under Rule 23(a). Holder is opposed to the transfer, and his counsel stated:

> Mr. Holder is challenging the validity of the BOP's proposed transfer to USP Florence ADMAX, and is a named plaintiff in *Taylor v. Trump*, D.D.C. Case No. 25-CV-03742-TJK. As such, Mr. Holder opposes the government's motion. However, Mr. Holder agrees that any such transfer would not affect this Court's jurisdiction over Mr. Holder's section 2241 litigation. *See In re Hall*, 988 F.3d 376 (7th Cir. 2021).

5.      The Government agrees that transfer would not affect this Court's jurisdiction.  *Horton v. Lovett*, 72 F.4th 825, 826 n.1 (7th Cir. 2023) (holding prisoner's transfer from Illinois to Colorado did not affect the Seventh Circuit's

jurisdiction over his Section 2241 appeal).

6.      This Court recently granted a similar motion in two cases where the petitioner had been designated for transfer from USP Terre Haute to USP Florence ADMAX. *Agofsky v. Baysore*, No. 24-1067 (7th Cir. ordered Sep. 19, 2025); *Robinson v. Merendino*, No. 24-3040 (7th Cir. ordered Oct. 2, 2025).

7.      For these reasons, the government respectfully requests leave to transfer Holder.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

 /s/ *Jason S. Dunkel*
JASON S. DUNKEL, #65886MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
Saint Louis, Missouri 63102
(314) 539-2200
jason.dunkel@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 477 words. This motion was prepared using Microsoft Word for Office 365 software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.

/s/ *Jason S. Dunkel*
JASON S. DUNKEL, #65886MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Circuit Rule 25(a), I hereby certify that, on November 4, 2025, the foregoing motion was electronically filed with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit through the CM/ECF system, which will serve all counsel of record.

/s/ *Jason S. Dunkel*
JASON S. DUNKEL, #65886MO
Assistant United States Attorney