# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 19, 2026

*By the Court:*

| | |
|---|---|
| No. 25-1684 | NORRIS G. HOLDER, JR.,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA and STEVEN MERENDINO,<br>Respondents - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00524-MPB-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge Matthew P. Brookman | |

The court directs the parties to file memoranda addressing how this appeal should proceed in light of *Agofsky v. Baysore*, 160 F.4th 857 (7th Cir. 2025), and *Robinson v. Lammer*, 162 F.4th 853 (7th Cir. 2025).

The memoranda are due by September 2, 2026.

form name: **c7_Order_BTC** (form ID: **178**)