**No. 25-1216**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

---

BILLIE JEROME ALLEN,
*Petitioner-Appellant*,

v.

S. MERENDINO,
*Respondent-Appellee*.

---

On Appeal from the United States District Court
for the Southern District of Indiana
No. 2:20-cv-00406-JRS-MJD, Hon. James R. Sweeney II

---

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM**

---

Petitioner-Appellant, Billie Jerome Allen, moves for a thirty-day extension of time to file a memorandum of law as required by this Court's August 19, 2026, Order. Respondent-Appellee does not oppose this request under circumstances described below. In support, Petitioner states the following:

This is an appeal from the denial of a petition for habeas corpus that was filed pursuant to 28 U.S.C. § 2241. On August 19, 2026, this Court entered an order requiring the parties to file a memorandum of law "addressing how this appeal should proceed in light of *Agofsky v. Baysore*, 160 F.4th 857 (7th Cir. 2025),

and *Robinson v. Lammer*, 162 F.4th 853 (7th Cir. 2025)." Dkt. No. 15. The Order set a due date of September 2, 2026.

Petitioner respectfully requests a thirty-day extension of time because counsel cannot adequately address the important questions raised by this Court in the time allotted. Undersigned counsel, who is primarily responsible for drafting the memorandum, is currently drafting a petition for certiorari, due September 16, 2026, arising out of the denial of a capital habeas petition addressing a conviction and death sentence from South Dakota. As this petition may be his client's last chance for review before an execution warrant is issued, counsel must ensure that the petition fully and comprehensively addresses the issues for which he is seeking review by the United States Supreme Court.

In addition, counsel has a pre-planned family vacation scheduled from August 31 to September 7, 2026.

Counsel has consulted with Assistant United States Attorney Jason Dunkel about this request. Mr. Dunkel indicated that he had no objection to this request if a similar extension is granted in *United States v. Holder* (Dkt. No. 25-1684), a case in which this Court issued a similar order for memoranda addressing the same issues as designated here. Mr. Dunkel reached out to Eliza Meredith, Esq., counsel for Mr. Holder, who indicated that she had no objection to an extension.

In sum, Mr. Dunkel requests that, if an extension is granted, all memoranda be due on the same day. Mr. Allen has no objection to that request. No party will be prejudiced by the granting of this motion.

WHEREFORE, Petitioner-Appellant respectfully requests that this Court grant a thirty-day extension of time, until October 2, 2026, for the parties to file the memoranda required by this Court's August 19, 2026, Order.

Respectfully submitted,

/s/ *Stuart Lev*

Stuart Lev
Assistant Federal Defender
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520

*Counsel for Petitioner-Appellant*
*Billie Jerome Allen*

Dated: August 25, 2026

**CERTIFICATE OF COMPLIANCE**

This Answer contains 393 words and complies with the typeface requirements of Fed. R. App. P. 32(a)(5), the type-style requirements of Fed. R. App. P. 32(a)(6), and Seventh Circuit Rule 32(b), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in fourteen-point Times New Roman.

/s/ *Stuart Lev*
Stuart Lev

Dated: August 25, 2026

## CERTIFICATE OF SERVICE

I, Stuart Lev, hereby certify that, on this date, I electronically filed the foregoing brief with the Clerk of Court for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Stuart Lev*
Stuart Lev

Dated: August 25, 2026