# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 26, 2026

*By the Court:*

| | |
|---|---|
| No. 25-1216 | BILLIE JEROME ALLEN,<br>Petitioner - Appellant<br><br>v.<br><br>STEVEN MERENDINO,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00406-JRS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge James R. Sweeney, II | |
| No. 25-1684 | NORRIS G. HOLDER, JR.,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA and STEVEN MERENDINO,<br>Respondents - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00524-MPB-MKK<br>Southern District of Indiana, Terre Haute Division<br>District Judge Matthew P. Brookman | |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM**, filed on August 25, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The parties shall file their memoranda by October 2, 2026, in appeal nos. 25-1216 and 25-1684.